IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2008

Charles R. Fulbruge III
Clerk

No. 06-31134
Conference Calendar

NATHAN ROLLINS

Plaintiff-Appellant

v.

KEITH BICKHAM, Major; JOHNNY GERALD, Major; WAYNE KENNEDY,
Sergeant Master; ERIC MANNING, Sergeant; RICK WARREN, Lieutenant;
ROBERT TANNER, Warden; B-TEAM EXTENDED LOCKDOWN OFFICERS

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:05-CV-1961

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

Nathan Rollins, Louisiana prisoner # 131530, appeals the district court's
dismissal of his 42 U.S.C. § 1983 complaint against various Louisiana
Department of Corrections officers. He also moves for oral argument on appeal
and for the exclusion of evidence introduced in the district court.

Rollins argues on appeal that the evidence does not support the magistrate
judge's determination, which the district court adopted, that Rollins's excessive

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

force claims against Officers Keith Bickham, Johnny Gerald, and Rick Warren were not supported by a preponderance of the evidence. However, Rollins has not demonstrated that the magistrate judge's factual and credibility determinations concerning these claims constituted clear error. See Baldwin v. Stalder, 137 F.3d 836, 839 (5th Cir. 1998).

Rollins does not challenge the district court's dismissal of his claims against the Washington Correctional Institute, Officer Robert Tanner, and Officer Wayne Kennedy for failure to exhaust administrative remedies or, in the case of Officer Kennedy, as barred by Heck v. Humphrey, 512 U.S. 477 (1994). Accordingly, he has abandoned these claims. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED; ALL PENDING MOTIONS DENIED.